JS-6/Enter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TYREECE REYNOLDS, | Case No. EDCV 08-00905 VAP (AN) |
| Petitioner, | **JUDGMENT** |
| v. | |
| A. HEDGPETH, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: _September 19, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE