JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG — 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREECE REYNOLDS,<br><br>Petitioner,<br><br>vs.<br><br>A. HEDGPETH, Warden,<br><br>Respondent. | Case No.  EDCV 08-0905-VAP (RNB)<br><br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  July 31, 2013

_Virginia A. Phillips_

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE